UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 13-11640-RWZ


BRIGHAM AND WOMEN'S HOSPITAL, INC. and
INVESTORS BIO-TECH, L.P.

v.

PERRIGO COMPANY and L. PERRIGO COMPANY


<u>ORDER</u>

August 2, 2017


ZOBEL, S.D.J.

On June 21, 2017, the United States Court of Appeals for the Federal Circuit, by
Judge Wallach, held that "[t]here was . . . no final judgment in December 2016; a full
accounting of the damages remained outstanding because the issue of enhanced
damages had not been resolved." Docket # 319, at 3. This court, however, resolved
the issue of damages in its April 24, 2017 memorandum and order. Docket # 284.
Thus, Perrigo's Motion for Reconsideration of the Court's May 15, 2017 Order is
ALLOWED (Docket # 309). The court hereby vacates its previous judgment (Docket #
227), and enters a separate, final judgment that reflects resolution of liability and
damages as detailed in the December 14, 2016 jury verdict and the court's April 24,
2017 memorandum and order. Docket # 325.

Perrigo's Motion for Reconsideration of the Court's April 24, 2017 Order (Docket
# 308) and Plaintiffs' Emergency Motions to Strike Defendants' Renewed Motions for

Judgment as a Matter of Law and for a Stay of Briefing (Docket # 311) are moot in light of the Federal Circuit's order.

Although Perrigo has 28 days after the entry of the final judgment to file a renewed motion for judgment as a matter of law or joint request for a new trial, <u>see</u> Fed. R. Civ. P. 50(b) and 59(b), it previously submitted renewed motions for judgment as a matter of law shortly after entry of the court's April 24 order.   <u>See</u> Docket ## 298, 300, 303, 306.   Thus, I will consider these motions and supporting memoranda as timely filed in response to the court's final judgment.  Plaintiffs shall submit their memoranda in opposition within 14 days after entry of this order, *i.e.*, August 15, 2017.  Any reply briefs of no more than five pages may be filed seven days after plaintiffs have submitted their opposition papers, *i.e.*, August 22, 2017.


_____August 2, 2017_____          _____/s/Rya W. Zobel_____

DATE                                                                RYA W. ZOBEL
                                              SENIOR UNITED STATES DISTRICT JUDGE